ACCEPTED
01-14-00915-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 10:27:39 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00915-CR

In the
Court of Appeals
for the
First District of Texas
at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 10:27:39 PM
CHRISTOPHER A. PRINE
Clerk

————◆————

## No. 11-DCR-058577A

In the 268th District Court
Fort Bend County, Texas

————◆————

## EDWIN ALVAREZ

*Appellant*

V.

## THE STATE OF TEXAS

*Appellee*

————◆————

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLATE BRIEF

————◆————

TO THE HONORABLE COURT OF APPEALS:

APPELLANT, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, appellant submits the following:

1.   Appellant was charged with sexual abuse of a child.

2.   A jury convicted appellant of the charged offense and the jury sentenced him to 20 years confinement in the Institutional Division of the Texas Department of Criminal Justice on October 17, 2014.

3. Notice of appeal was filed on October 17, 2014.

4. Appellant's brief was due on April 1, 2015.

5. Appellant seeks an extension to file his brief until July 1, 2015.

6. The following facts are relied upon to show good cause for the requested extension:

   a. Counsel has been working on the appellate briefs in *Dorsey v. State,* No. 01-14-00685-CR., *Hayes v. State*, 04-14-00878-CR. and 04-14-00879-CR., and *Ross v. State*, 01-14-00902-CR.

   b. Counsel has filed a writ of certiorari in the United States Supreme Court in *Masterson v. Stephens.*

7. Appellant's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, appellant prays that this Court will grant the requested extension.

Respectfully submitted,

**/s/MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been delivered via email to the following address:

Fort Bend County District Attorney's Office
ATTN: John Harrity
John.Harrity@fortbendcountytx.gov

/s/**MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com